# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-1298

_____

United States of America,      *
                            *

          Appellee,      *

                            *   Appeal from the United States

     v.                   *   District Court for the

                            *   Western District of Arkansas

James Athel Parent,        *

                            *        [UNPUBLISHED]

          Appellant.     *

_____

Submitted: April 21, 1997

Filed: May 1, 1997

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

James Athel Parent appeals from the final order of the United States District Court[1] for the Western District of Arkansas, granting his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), but not reducing his sentence below the mandatory minimum 120-month sentence required by 21 U.S.C. § 841(b)(1)(A)(vii). Because Parent filed his notice of appeal more than ten days after entry of the order, we lack jurisdiction to review the merits of his appeal. See Fed. R. App. P. 4(b); United States v. Petty, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam) (Rule 4(b) applies to appeals from denial of §3582(c)(2)

---

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.

motion; timely notice of appeal is both mandatory and jurisdictional).

Accordingly, we dismiss the appeal for lack of jurisdiction.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.